```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NAUTILUS INSURANCE COMPANY,          :    14-Cv-5680 (SHS)

                    Plaintiff,       :
                                           ORDER

   -against-                                   :

GAWKER MEDIA, LLC,                           :

                    Defendant .     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       In light of the settlement of this action,

       IT IS HEREBY ORDERED that:

       1.    Plaintiff's motion for summary judgment [document no. 27] and defendant's cross motion for summary judgment [document no. 36] are dismissed without prejudice to renew if the settlement is not effectuated; and

       2.    At the request of the parties, the last day to file the settlement agreement is extended to March 6, 2015.

Dated: New York, New York
       February 13, 2015

                                             SO ORDERED:

                                             Sidney H. Stein, U.S.D.J.